# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Fernika A. Jamison | ) | Chapter 13 |
| | ) | Case No. 19 B 05475 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Fernika A. Jamison  
6633 S. Langley Ave  
Apt. 1  
Chicago, IL 60637  

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures  

On October 10, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, October 3, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On March 01, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on April 18, 2019, for a term of 55 months with payments of $100.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 7 | $700.00 | $500.00 | $200.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/03/2019  
Due Each Month: $100.00  
Next Pymt Due: 10/31/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 03/11/2019 | 989887 | $100.00 | 04/05/2019 | 116223 | $100.00 |
| 05/14/2019 | 2079717 | $100.00 | 06/24/2019 | 2094153 | $100.00 |
| 06/24/2019 | 2094152 | $100.00 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300  

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE